# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**RICHARD P. KAPLAN,** :

    **Plaintiff** :

              **CIVIL ACTION NO. 3:14-0605**

    **v.** :

               **(JUDGE MANNION)**

**MR. EBERT, et al.,** :

    **Defendants** :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion to dismiss and for summary judgment (Doc. 28) is **GRANTED**. Judgment is hereby entered in favor of the Defendants and against the Plaintiff.

2. Plaintiff's motion for an order compelling Defendants to file an answer to Plaintiff's pleadings (Doc. 35), motion to compel discovery (Doc. 36) and motion for default judgment (Doc. 37), all filed on July 9, 2015, are **MOOT** and also deemed **WITHDRAWN** for failure to file a brief in support, in accordance with M.D. Pa. Local Rule 7.5.

3. Plaintiff's motion for emergency injunction (Doc. 38) and motion for hearing on motion for emergency injunction (Doc. 39) are **DENIED.**

4. The Clerk of Court is directed to **CLOSE** this case.

5. Any appeal taken from this order will be deemed frivolous, without probable cause, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

                                    s/ *Malachy E. Mannion*

                                    **MALACHY E. MANNION**
                                    **United States District Judge**

**Dated:** September 30, 2015